```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GOLDSTEIN FAMILY PARTNERSHIP, LP, as  :
nominee and agent for several lenders,  :
                                                           :
                                    Plaintiff,      :        1:17-cv-8964-GHW
                                                           :
             -against-                           :        ORDER
                                                           :
Q LOTUS, INC., Q LOTUS HOLDINGS INC.,  :
GARY. ROSENBERG TRUST, under the Will of  :
Ben J. Rosenberg dated August 28, 1978,  :
                                                           :
                                    Defendants.  :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On December 14, 2017, the Court directed the parties to submit a joint status letter and proposed case management plan and scheduling order no later than January 17, 2018. Dkt. No. 12. The Court has received neither document. The parties are directed to comply with the Court's December 14, 2017 order forthwith.

Plaintiff is directed to serve a copy of this order on all defendants and to retain proof of service.

SO ORDERED.

Dated: January 18, 2018
New York, New York
                                                            _____
                                                                    GREGORY H. WOODS
                                                                  United States District Judge