
**Tannenbaum Helpern**
**Syracuse & Hirschtritt** LLP

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

David D. Holahan
Writer's Direct Dial: (212) 508-6719
E-mail: holahan@thsh.com

February 7, 2018

**ECF FILING**

The Honorable Gregory H. Woods, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    Goldstein Family Partnership, L.P. v. Q Lotus Inc., et al.
              1:17-cv-8964-GHW

Dear Judge Woods:

       As set forth in Plaintiff's correspondence to the Court on January 22, 2018, the Defendants in the above referenced matter have failed to answer or otherwise respond to Plaintiff's Complaint filed on November 16, 2017. The initial preliminary conference in this matter was scheduled for January 24, 2018. Your Honor adjourned the preliminary conference to February 9, 2018 by Order dated January 22, 2018.

       Plaintiff submitted a Request for Certificate of Default by hand delivery to the Clerk on February 5, 2017, as to all Defendants. Plaintiff has not yet received the executed Certificate of Default from the Clerk and therefore respectfully requests a brief adjournment of the preliminary conference to allow for issuance of the Certificate of Default.

       We thank the Court for its time and attention to this request. Please do not hesitate to contact us should you require any additional information.

Respectfully submitted,

*[signature]*

David D. Holahan

cc:

**VIA FIRST CLASS MAIL**

Q Lotus Holdings, Inc.
3101 N. Sheridan Road, # 300
Chicago Illinois 60657

Gary A Rosenberg Trust
3101 N. Sheridan Road, # 300
Chicago Illinois 60657

Q Lotus Inc.
3101 N. Sheridan Road, # 300
Chicago Illinois 60657