

**Tannenbaum Helpern Syracuse & Hirschtritt** LLP

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/18
```

David D. Holahan
Writer's Direct Dial: (212) 508-6719
E-mail: holahan@thsh.com

**MEMORANDUM ENDORSED**

February 7, 2018

**ECF FILING**

The Honorable Gregory H. Woods, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    Goldstein Family Partnership, L.P. v. Q Lotus Inc., et al.
               1:17-cv-8964-GHW

Dear Judge Woods:

      As set forth in Plaintiff's correspondence to the Court on January 22, 2018, the Defendants in the above referenced matter have failed to answer or otherwise respond to Plaintiff's Complaint filed on November 16, 2017. The initial preliminary conference in this matter was scheduled for January 24, 2018. Your Honor adjourned the preliminary conference to February 9, 2018 by Order dated January 22, 2018.

      Plaintiff submitted a Request for Certificate of Default by hand delivery to the Clerk on February 5, 2017, as to all Defendants. Plaintiff has not yet received the executed Certificate of Default from the Clerk and therefore respectfully requests a brief adjournment of the preliminary conference to allow for issuance of the Certificate of Default.

      We thank the Court for its time and attention to this request. Please do not hesitate to contact us should you require any additional information.

Respectfully submitted,

*David D. Holahan*

David D. Holahan

Application granted. The initial pretrial conference scheduled for February 9, 2018 is adjourned to February 23, 2018 at 2:00 p.m. In the event the requested certificates of default are issued prior to that date, the Court expects to adjourn the initial pretrial conference *sine die*.
    SO ORDERED.

Dated: February 7, 2018
New York, New York

_____
GREGORY H. WOODS
United States District Judge