UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
GOLDSTEIN FAMILY PARTNERSHIP, LP, as : 
nominee and agent for several lenders, :
 :
                                    Plaintiff :
 : Case No.: 1:17-CV-8964-GHW
            vs. :
 : **NOTICE OF APPEARANCE OF**
 : **ALEXANDRA KAMENETSKY**
Q LOTUS, INC., Q LOTUS HOLDINGS INC., GARY : **SHEA**
ROSENBERG TRUST, under the will of Ben J. :
Rosenberg dated August 2, 1978, :
 :
                                    Defendants. :
------------------------------------------------------------------- x

  **PLEASE TAKE NOTICE** that Alexandra Kamenetsky Shea, an attorney duly admitted to practice before this Court, of the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, hereby appears on behalf of Plaintiff Goldstein Family Partnership, LP in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notification, or other information relating to this matter be addressed to me at the address below, and that I be added as counsel for Plaintiff on the Docket Sheet.

Dated: New York, New York
   February 8, 2018

               **TANNENBAUM HELPERN**
               **SYRACUSE & HIRSCHTRITT LLP**

               */s/ Alexandra Kamenetsky Shea*
              By: Alexandra Kamenetsky Shea
              900 Third Avenue
              New York, New York 10022
              (212) 508-6799
              shea@thsh.com
              *Attorneys for Plaintiff*
              *Goldstein Family Partnership, LP*