IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDSTEIN FAMILY PARTNERSHIP, LP, as nominee and agent for several lenders,<br>　　　　Plaintiff,<br><br>v.<br><br>Q LOTUS, INC., Q LOTUS HOLDINGS INC., GARY A. ROSENBERG TRUST, UNDER THE WILL OF BEN J. ROSENBERG DATED AUGUST 28, 1978.<br>　　　　Defendants. | CLERK'S CERTIFICATE OF DEFAULT<br><br>Case No. 17-CV-08964-GHW |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/18

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on November 16, 2017 with the filing of a summons and complaint, and a copy of the Summonses and Complaint having been properly served on Defendants Q Lotus, Inc., Q Lotus Holdings Inc., and Gary A. Rosenberg Trust, Under the Will of Ben J. Rosenberg dated August 28, 1978 (the "Rosenberg Trust"), on December 8, 2017, by personally serving Gary Rosenberg, who is authorized to receive service on behalf of Defendants Q Lotus, Inc., Q Lotus Holdings Inc., and the Rosenberg Trust, and *proof of service was therefore filed on* December 15, 2017, Doc. Nos. 13, 14 and 15. I further certify that the docket entries indicate that Defendants Q Lotus, Inc., Q Lotus Holdings Inc., and the Rosenberg Trust have not filed an answer or otherwise moved with respect to the complaint herein. The defaults of Defendants Q Lotus, Inc., Q Lotus Holdings Inc., and the Rosenberg Trust are hereby noted.

Dated: February 15, 2018
      New York, New York

                                                    RUBY J. KRAJICK
                                                    Clerk of Court

                                        By: _____
                                                        Deputy Clerk