UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

| | |
|---|---|
| GOLDSTEIN FAMILY PARTNERSHIP, LP, as nominee and agent for several lenders, | Civil Action No.: 1:17-cv-08964-GHW |
| Plaintiff, | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| - against - | |
| Q LOTUS, INC., Q LOTUS HOLDINGS INC., GARY A. ROSENBERG TRUST, UNDER THE WILL OF BEN J. ROSENBERG DATED AUGUST 28, 1978. | |
| Defendant. | |

----------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Goldstein Family Partnership, LP, as nominee and agent for several lenders, by and through its counsel, states that it has no parent corporation and that no publicly traded company owns 10% or more of its stock.

Dated: February 14, 2018

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT

David D. Holahan
900 Third Avenue
New York, New York 10022
Phone: (212) 508-6700
*Attorneys for Plaintiff, Goldstein Family Partnership, LP*