

**Tannenbaum Helpern Syracuse & Hirschtritt** LLP

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

**David D. Holahan**
Writer's Direct Dial: (212) 508-6719
E-mail: holahan@thsh.com

February 16, 2018

**ECF FILING**

The Honorable Gregory H. Woods, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **Goldstein Family Partnership, L.P. v. Q Lotus Inc., et al.**
             **1:17-cv-8964-GHW**

Dear Judge Woods:

      We represent Plaintiff Goldstein Family Partnership, L.P. in the above referenced matter. Defendants have failed to answer or otherwise respond to Plaintiff's Complaint filed on November 16, 2017. The Clerk has issued a Certificate of Default as to all Defendants dated February 15, 2018 (Doc. No. 24). Plaintiff hereby requests that the preliminary conference, presently scheduled for February 23, 2018, be adjourned *sine die*.

      The initial preliminary conference in this matter was scheduled for January 24, 2018. Your Honor adjourned the preliminary conference to February 9, 2018 by Order dated January 22, 2018 and subsequently adjourned the conference again by Order dated February 8, 2018.

      Plaintiff intends to file an Order to Show Cause for Default Judgment as to all defendants on or before February 23, 2018, in accordance with Your Honor's Individual Rules of Practice in Civil Cases, Attachment A.

      We thank the Court for its time and attention to this request. Please do not hesitate to contact us should you require any additional information.

                                                Respectfully submitted,

                                                 David D. Holahan

[1062950-1]

The Honorable Gregory H. Woods
February 16, 2018
Page 2

cc:

**VIA FIRST CLASS MAIL**

Q Lotus Holdings, Inc.
3101 N. Sheridan Road, # 300
Chicago Illinois 60657

Gary A Rosenberg Trust
3101 N. Sheridan Road, # 300
Chicago Illinois 60657

Q Lotus Inc.
3101 N. Sheridan Road, # 300
Chicago Illinois 60657