

**Tannenbaum Helpern Syracuse & Hirschtritt** LLP

**David D. Holahan**
Writer's Direct Dial: (212) 508-6719
E-mail: holahan@thsh.com

|  | USDC SDNY |
|---|---|
|  | DOCUMENT |
|  | ELECTRONICALLY FILED |
|  | DOC #:_____ |
|  | DATE FILED: 2/20/18 |

**MEMORANDUM ENDORSED**

February 16, 2018

**ECF FILING**

The Honorable Gregory H. Woods, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> Re: Goldstein Family Partnership, L.P. v. Q Lotus Inc., et al.
> 1:17-cv-8964-GHW

Dear Judge Woods:

We represent Plaintiff Goldstein Family Partnership, L.P. in the above referenced matter. Defendants have failed to answer or otherwise respond to Plaintiff's Complaint filed on November 16, 2017. The Clerk has issued a Certificate of Default as to all Defendants dated February 15, 2018 (Doc. No. 24). Plaintiff hereby requests that the preliminary conference, presently scheduled for February 23, 2018, be adjourned *sine die*.

The initial preliminary conference in this matter was scheduled for January 24, 2018. Your Honor adjourned the preliminary conference to February 9, 2018 by Order dated January 22, 2018 and subsequently adjourned the conference again by Order dated February 8, 2018.

Plaintiff intends to file an Order to Show Cause for Default Judgment as to all defendants on or before February 23, 2018, in accordance with Your Honor's Individual Rules of Practice in Civil Cases, Attachment A.

We thank the Court for its time and attention to this request. Please do not hesitate to contact us should you require any additional information.

Respectfully submitted,

*David D. H*

David D. Holahan

---

Application granted. In light of Defendants' defaults, the initial pretrial conference scheduled for February 23, 2018 is adjourned *sine die*. The Court expects that any order to show cause for a default judgment against Defendants will be filed no later than February 23, 2018. Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

SO ORDERED.

Dated: February 16, 2018
New York, New York

_____
GREGORY H. WOODS
United States District Judge