USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/23/18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

GOLDSTEIN FAMILY PARTNERSHIP,
LP, as nominee and agent for several
lenders,
      Plaintiff,

v.

Q LOTUS, INC., Q LOTUS HOLDINGS
INC., GARY A. ROSENBERG TRUST,
UNDER THE WILL OF BEN J.
ROSENBERG DATED AUGUST 28, 1978.
      Defendants.

Civil Action No.: 1:17-CV-08964-GHW
Honorable Gregory H. Woods
ECF Case

## ORDER TO SHOW CAUSE FOR ENTRY OF DEFAULT FINAL JUDGMENT

**PLEASE TAKE NOTICE** that upon the annexed Affidavit of David D. Holahan, Esq., sworn to February 22, 2018, the exhibits attached thereto, and the Memorandum of Law submitted herewith, Plaintiff Goldstein Family Partnership LP, as nominee and agent for several lenders, will move this Court before the Honorable Gregory H. Woods on March 23, 2018 at 11:00am for: (i) entry of a default judgment against Defendants Q Lotus Inc., Q Lotus Holdings, Inc. and the Gary A. Rosenberg Trust, under the Will of Ben J. Rosenberg dated August 28,1978 granting:

    a) a declaration that Plaintiff is entitled to all sums owed under the Promissory Note (as amended, supplemented, restated, and extended), and the guarantees of the same;

    b) money recovery against Q Lotus, Inc. and Q Lotus Holdings in an amount not less than $10,011,677.30, with additional interest to be calculated on the date the judgment is entered;

c) money recovery against the Gary A. Rosenberg Trust, under the Will of Ben J. Rosenberg dated August 28, 1978 for $350,000.00; and

d) for such other and further relief that this court deems just and proper.

ORDERED that this order be served on each of the defendants no later than March 2, 2018; and FURTHER ORDERED that any opposition be filed no later than March 15, 2018, and that any reply be filed no later than March 20, 2018.

February 22, 2018
New York, New York

By: /s/ David D. Holahan
David D. Holahan
Tannenbaum Helpern Syracuse & Hirschtritt, LLP
900 Third Avenue
New York, New York 10022
Tel: (212) 508-6719
Email: holahan@thsh.com
*Attorneys for Plaintiff Goldstein Family Partnership, LP, as nominee and agent for several lenders*

Dated: February 23, 2018
New York, New York

SO ORDERED:

_____
U.S.D.J.