# AFFIDAVIT OF SERVICE BY U.S. FIRST CLASS MAIL

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

**Wendy Graham**, being duly sworn, deposes and says:

1. I am not a party to this matter, am over eighteen years of age and reside in Queens, New York.

2. On March 1, 2018, I personally served via First Class Mail the **Memorandum of Law in Support of Plaintiff's Order to Show Cause for Default Judgment against All Defendants** (Docket No. 29), **Affidavit of David D. Holahan in Support of Plaintiff's Order to Show Cause for Default Judgment** (Docket No. 29-1), **PROPOSED Order of Default Judgment Against All Defendants** (Docket No. 29-16) and **SO ORDERED Order to Show Cause for Entry of Default Final Judgment dated February 23, 2018** (Docket No. 30) by depositing and leaving a true copy thereof in a postpaid wrapper under the exclusive care and custody of the United States Postal Service within New York State upon:

Gary A. Rosenberg Trust, under the will of
Ben J. Rosenberg dated August 28, 1978
3101 N. Sheridan Road, #300
Chicago, IL 60657

Q Lotus Holdings, Inc.
3101 N. Sheridan Road, #300
Chicago, IL 60657

Q Lotus, Inc.
3101 N. Sheridan Road, #300
Chicago, IL 60657

_____
Wendy Graham

Sworn to before me this
1st day of March, 2018.

_____
Notary Public

ALEXANDRA KAMENETSKY SHEA
Notary Public, State of New York
No. 02SH6365167
Qualified in New York County
Commission Expires 10/02/2021