```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOLDSTEIN FAMILY PARTNERSHIP, LP, as  :
nominee and agent for several lenders,       :
                                             :
                              Plaintiff,     :        1:17-cv-8964-GHW
                                             :
            -against-                        :        ORDER
                                             :
Q LOTUS, INC., Q LOTUS HOLDINGS INC.,        :
GARY A. ROSENBERG TRUST, under the Will of:
Ben J. Rosenberg dated August 28, 1978,      :
                                             :
                              Defendants.    :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the show cause hearing on March 23, 2018, Plaintiff's motion for a default judgment is GRANTED IN PART and DENIED IN PART.

Default judgment is granted as to Defendant Q Lotus, Inc. Judgment shall enter against Q Lotus, Inc. in the principal sum of $10,114,753.76 plus post-judgment interest at the rate of 18% per annum, as provided for in the promissory note executed by Q Lotus, Inc.

Default judgment is denied without prejudice as against Defendants Q Lotus Holdings, Inc. and Gary A. Rosenberg Trust. To the extent that Plaintiff intends to pursue default judgment against those defendants, Plaintiff is granted leave to file supplemental briefing addressing the Court's personal jurisdiction over those defendants. That briefing is due no later than April 10, 2018. Any opposition to that supplemental briefing is due no later than two weeks after service of the briefing. Any reply is due no later than one week after service of the opposition. The Court will hold a hearing to address any supplemental arguments on May 3, 2018 at 5:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007. In the event that

Plaintiff elects not to pursue a default judgment against the remaining two defendants, it is directed to file a letter informing the Court of that decision no later than April 10, 2018.

The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant Q Lotus, Inc. in the total principal amount of $10,114,753.76 plus post-judgment interest at the rate of 18% per annum.

The Clerk of Court is further directed to terminate the motion pending at Dkt. No. 29.

Plaintiff is directed to serve a copy of this order on all Defendants and to retain proof of service.

SO ORDERED.

Dated: March 23, 2018  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge