```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOLDSTEIN FAMILY PARTNERSHIP, LP, as  :
nominee and agent for several lenders,              :
                                                                                  :
                                            Plaintiff,         :         1:17-cv-8964-GHW
                                                                                  :
              -against-                                              :         ORDER
                                                                                  :
Q LOTUS, INC., Q LOTUS HOLDINGS INC.,    :
GARY A. ROSENBERG TRUST, under the Will of:
Ben J. Rosenberg dated August 28, 1978,           :
                                                                                  :
                                            Defendants.  :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the show cause hearing on May 3, 2018, Plaintiff's motion for a default judgment against Defendants Q Lotus Holdings Inc. and the Gary A. Rosenberg Trust is GRANTED.

The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant Q Lotus Holdings Inc. in the principal sum of $10,266,561.59 plus post-judgment interest at the rate of 18% per annum, as provided for in the promissory note executed by Q Lotus, Inc. and guaranteed by Q Lotus Holdings Inc.

The Clerk of Court is further directed to enter judgment in favor of Plaintiff and against Defendant Gary A. Rosenberg Trust, under the Will of Ben J. Rosenberg dated August 28, 1978, in the principal sum of $350,000.

Upon entry of judgment, the Clerk of Court is directed to terminate all pending motions, adjourn all conferences, and close this case.

Plaintiff is directed to serve a copy of this order on all Defendants and to retain proof of service.

SO ORDERED.

Dated: May 3, 2018                                  _____
New York, New York                                           GREGORY H. WOODS
                                                                           United States District Judge